**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Stratch, | No. CV-20-00400-TUC-DCB (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to the parties' stipulation to remand,

**IT IS ORDERED** that the Stipulation (Doc. 21) is GRANTED.

**IT IS FURTHER ORDERED** that this action shall be remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to evaluate step one of the sequential evaluation process; reconsider the opinion evidence; further evaluate Plaintiff's residual functional capacity, and, if warranted, determine whether there are a significant number of jobs in the national economy that Plaintiff can perform. The Appeals Council will also instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues and issue a new decision.

/////

/////

/////

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Dated this 21st day of April, 2021.

_____
Honorable David C. Bury
United States District Judge